1
2
3
4
5
6
7              **UNITED STATES DISTRICT COURT**
8                   **DISTRICT OF NEVADA**
9                        * * *
10   ANTHONY D. HOOVER,                    )
                                           )
11              Plaintiff(s),              )          2:08-cv-1307-RLH-LRL
                                           )
12       vs.                               )          **O R D E R**
                                           )
13   ANDY CALLIENG, *et al.*,              )
                                           )
14              Defendant(s).              )
     _____)
15

16          Before this Court is the Report and Recommendation of United States Magistrate

17   Judge (#4, filed December 23, 2009), entered by the Honorable Lawrence R. Leavitt, regarding

18   Plaintiff's failure to comply with the Court's Order (#2) to amend his complaint and cure the

19   deficiencies of the first. No objection was filed to Magistrate Judge Leavitt's Report and Recom-

20   mendation of United States Magistrate Judge in accordance with Local Rule IB 3-2 of the Rules of

21   Practice of the United States District Court for the District of Nevada, and the matter was submitted

22   for consideration.

23          The court has conducted a *de novo* review of the record in this case in accordance

24   with 28 U.S.C. §636(b)(1)(B) and (C) and Local Rule IB 3-2 and determines that the Report and

25   Recommendation of Magistrate Judge Leavitt should be accepted and adopted.

26   / / / /

                                            1

1    IT IS THEREFORE ORDERED that Magistrate Judge's Report and Recommenda-

2    tion (#4, entered December 23, 2009) is ACCEPTED and ADOPTED, and the case is dismissed

3    with prejudice.

4    Dated:   January 15, 2010.

5

6    _____

7    **ROGER L. HUNT**
     **Chief U.S. District Judge**

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26